**Ericka L. OWENS, Petitioner,**

**v.**

**DEPARTMENT OF the NAVY, Respondent.**

No. 2009–3059.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2009.

**In re Roland D. TAI.**

No. 2009–1112.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due on or before February 24, 2009.